# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 933 |
| | : |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE JUVENILE COURT PROCEDURAL RULES COMMITTEE | : SUPREME COURT RULES DOCKET<br>:<br>: |

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of February, 2023, Renee D. Merion, Esquire, is hereby designated as Chair, and Scott M. Hollander, Esquire, is designated as Vice-Chair, of the Juvenile Court Procedural Rules Committee, commencing June 1, 2023.